# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Antwaine Lamar McCoy ,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:09-cv-00461-RLV

USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/11/2012 Order.


    Signed: July 12, 2012

_____
Frank G. Johns, Clerk
United States District Court