# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Antwaine Lamar McCoy,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:09-cv-00461-RLV

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/11/2012 Order.

Signed: July 12, 2012

Frank G. Johns, Clerk
United States District Court